IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DARRELL SHORT,

    Petitioner,                   No. CIV S-06-1372 LKK DAD P

    vs.

D.K. SISTO, et al.,

    Respondents.             ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, has filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has paid the required filing fee.

        In the San Joaquin County Superior Court in 1983, petitioner was convicted of second degree murder and assault with a deadly weapon. In this action, petitioner is challenging the governor's reversal of the parole grant petitioner received from the Board of Prison Terms in 2005. Since petitioner may be entitled to relief if the claimed violations of constitutional rights are proved, respondents will be directed to file a response to petitioner's habeas petition.

        Petitioner's habeas petition includes a request for appointment of counsel. There is no right to appointment of counsel in habeas proceedings. See Nevius v. Sumner, 105 F.3d 453, 460 (9th Cir. 1996). Counsel may be appointed, however, at any stage of the case "if the interests of justice so require." 18 U.S.C. § 3006A; see also Rule 8(c), Fed. R. Governing § 2254

1 Cases. In the present case, the interests of justice do not require the appointment of counsel at
2 this stage of the case.

3       IT IS HEREBY ORDERED that:

4       1. Petitioner's request for appointment of counsel is denied;

5       2. Respondents are directed to file and serve a response to petitioner's habeas
6 petition within thirty days from the date of this order. See Rule 4, Fed. R. Governing § 2254
7 Cases. An answer shall be accompanied by all transcripts and other documents relevant to the
8 issues presented in petitioner's habeas petition. See Rule 5, Fed. R. Governing § 2254 Cases;

9       3. If the response to petitioner's habeas petition is an answer, petitioner's reply, if
10 any, shall be filed and served within thirty days after the answer is served;

11       4. If the response to petitioner's habeas petition is a motion, petitioner's
12 opposition or a statement of non-opposition to the motion shall be filed and served within thirty
13 days after the motion is served, and respondents' reply shall be filed and served within fifteen
14 days thereafter; and

15       5. The Clerk of the Court shall serve a copy of this order together with a copy of
16 the petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 on Jennifer A. Neill, Lead
17 Supervising Deputy Attorney General.

18 DATED: November 20, 2006.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

22 DAD:13:bb
shor1372.100fee