IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DARRELL SHORT,

    Petitioner,               No. CIV S-06-1372 LKK DAD P

   vs.

D.K. SISTO, et al.,

    Respondents.          FINDINGS AND RECOMMENDATIONS

_____/

        By order filed November 20, 2006, the court directed respondents to file a response to the petition for writ of habeas corpus filed in this action on June 21, 2006. Respondents have filed a motion to dismiss the petition as moot based on petitioner's death.

        Respondents' motion is supported by a copy of a death certificate reflecting that Darrell Short, CDCR # C-62893, died in hospice at California Medical Facility on August 11, 2006. (Resp'ts' Mot. to Dismiss, Ex. 1.) Respondents assert that petitioner's death renders his petition moot. See Dove v. United States, 423 U.S. 325 (1976) (per curiam) (dismissing certiorari because petitioner had died); Garceau v. Woodford, 399 F.3d 1101 (9th Cir. 2005) ("Because petitioner's death renders this case moot, the petition for writ of habeas corpus should be dismissed as moot.").

/////

1

IT IS HEREBY RECOMMENDED that:

1. Respondents' December 15, 2006 motion to dismiss be granted; and

2. This action be dismissed as moot due to the death of petitioner.

These findings and recommendations will be submitted to the United States District Judge assigned to this case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty days after being served with these findings and recommendations, any party may file written objections with the court.  A document containing objections should be titled "Objections to Findings and Recommendations."  Failure to file objections within the specified time may waive the right to appeal the District Court's order.  See Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

DATED: December 19, 2006.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:13
shor1372.mtd

2