IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DARRELL SHORT,

    Petitioner,               No. CIV S-06-1372 LKK DAD P

    vs.

D.K. SISTO, et al.,

    Respondents.          ORDER

_____/

        Petitioner, while a state prisoner proceeding pro se, filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On December 20, 2006, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days.  Neither party has filed objections to the findings and recommendations.

        Although it appears from the file that petitioner's copy of the findings and recommendations was returned, petitioner was properly served.  Pursuant to Local Rule 83-182(d), service of documents at the record address of the party is fully effective.

/////

1

1    The court has reviewed the file and finds the findings and recommendations to be
supported by the record and by the magistrate judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed December 20, 2006, are adopted in full;

2. Respondents' December 15, 2006 motion to dismiss is granted; and

3. This action is dismissed as moot due to the death of petitioner.

DATED: January 25, 2007.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT